AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

ALLEN KING and BRUCE KING
as Administrators of the Estate of Roger King
*Plaintiff*

v.

COMMONWEALTH OF KENTUCKY
d/b/a Kentucky State Police
*Defendant*

Civil Action No. 5:10-CV-96-KSF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commonwealth of Kentucky
c/o Jack Conway, Attorney General
Civil Litigation Department
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Garry R. Adams
Clay & Adams, PLLC
Meidinger Tower, Suite 1730
462 S. Fourth Avenue
Louisville KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLEF OF COURT*
LESLIE G. WHITMER

Date: 03/18/2010

Ashlee W. Denington
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

ALLEN KING and BRUCE KING
as Administrators of the Estate of Roger King
*Plaintiff*

v.

ERIC TAYLOR, in his individual and official capacity
as a Kentucky State Trooper
*Defendant*

Civil Action No. 5:10-CV-96-KSF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kentucky State Trooper Eric Taylor
c/o Jack Conway, Attorney General
Civil Litigation Department
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Garry R. Adams
Clay & Adams, PLLC
Meidinger Tower, Suite 1730
462 S. Fourth Avenue
Louisville KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
LESLIE G. WHITMER

Date: 03/18/2010

Ashlee W. Denington
*Signature of Clerk or Deputy Clerk*